## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO.: 1:13-cv-332

| | | |
|---|---|---|
| **MELISSA R. WOOD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the Defendant's Unopposed Motion for Entry of Judgment with Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. Section 405(g) (Doc. 12), filed August 14, 2014.

**THEREFORE**, the parties' Motion for Reversal and Remand is **GRANTED.** The decision of the Commissioner of Social Security is **REVERSED** and the cause is **REMANDED** for further administrative proceedings as set forth in the instant motion.

Signed: August 14, 2014

Richard L. Voorhees
United States District Judge