IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH
CAROLINA ASHEVILLE DIVISION
No. 1:13-cv-332-RLV

MELISSA WOOD,                        )
                                     )
            Plaintiff,               )
                                     )
        v.                           )
                                     )        **CONSENT ORDER**
CAROLYN COLVIN,                      )
Acting Commissioner of Social        )
Security,                            )
                                     )
            Defendant.               )

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $4,070.00 for attorney fees and costs arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $4,070.00, sent to Plaintiff's Counsel's office address in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

Signed: September 4, 2014

Richard L. Voorhees
United States District Judge